**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-14424-CV-MIDDLEBROOKS/Otazo-Reyes

DELFON BLAIR,

      Plaintiff,

v.

ST. LUCIE SHERIFF'S DEPARTMENT,

      Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND DISMISSING CASE

THIS CAUSE comes before the Court upon the Report issued by Magistrate Judge Otazo-Reyes on May 26, 2021. (DE 22).  Plaintiff filed no objections to the Report, and the deadline to do so expired on June 9, 2021.

Plaintiff's seeks to bring this cause of action under 42 U.S.C. § 1983.  (DE 1).  However Plaintiff has failed to file a compliant motion to proceed *in forma pauperis* despite repeated attempts, and Judge Otazo-Reyes now recommends dismissal.

Upon review of the Report and the record as a whole, it is hereby **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Otazo-Reyes's Report (DE 22) is hereby **ADOPTED**.

(2) Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE**.

2

(3) The Clerk of the Court is directed to **CLOSE THIS CASE** and **DENY AS MOOT**

all pending motions.

**SIGNED** in Chambers in West Palm Beach, Florida, this 16th day of June, 2021.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record;

Delfon Blair, PRO SE
Q50967
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034